**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

_____

UNITED STATES OF AMERICA
v.  CASE NO. 3:11-cr-00071-TJC-JRK
BRIAN RUSSELL POLLOCK

_____

<u>Counsel for Government</u>:  <u>Counsel for Defendant</u>:
David Rodney Brown  Thomas M. Bell

_____

**HONORABLE TIMOTHY J. CORRIGAN**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy:   Aileen Manrique    Court Reporter: Nikki Peters
_____

**<u>CLERK'S MINUTES</u>**

**PROCEEDINGS OF:  STATUS CONFERENCE**

The Defendant moved to continue trial by 3 Months.

The Government has no objection to the continuance.

For the reasons stated on the record, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial (18 U.S.C. §3161(h)(7)(A)), the Oral Motion to Continue Trial is **GRANTED.**

    **CASE RESET:**

    **Status:**  **December 18, 2023, at 2:30 p.m.**
    **Status:**  **March 18, 2024, at 4:00 p.m.**
    **Trial Term Commencing:**  **April 1, 2024, at 9:00 a.m.**

DATE: October 23, 2023  TIME: 2:00 p.m. – 2:09 p.m.
    (Total: 9 Minutes)